FILED
December 29, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002314750

# RELIEF FROM STAY INFORMATION SHEET
\* \* SEE IMPORTANT INSTRUCTIONS ON FORM EDC 3-468-INST \* \*

*PLEASE COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION*

**DEBTOR:** PRIDE TRANSPORTATION          **CASE NO.** 09-16328-B-11

**MOVANT:** General Electric Capital Corporation          **DC NO.** HRH-1

**HEARING DATE/TIME:** January 28, 2010 / 9:00 A.M.

**RELIEF IS SOUGHT AS TO** ( ) REAL PROPERTY   (X) PERSONAL PROPERTY   ( ) STATE COURT LITIGATION

1. Address OR description of property or state court action   Eight 2006 Vanguard Dry Van Trailers as listed in the underlying Master Lease Agreement

2. Movant's trust deed is a ( ) 1st ( ) 2nd ( ) 3rd ( ) Other: _____
   OR
   Leased property is ( ) Residential ( ) Non-residential Term: ( ) Month-to-Month (X) Other

3. Verified appraisal filed? No   Movant's valuation of property   $ 55,545.00

4. The following amounts are presently owing to movant for:

   | PRINCIPAL | INTEREST | COSTS | TOTAL |
   |---|---|---|---|
   | $ 72,417.91 | $ | $ | $ 72,417.91 |

5. State identity, rank, and balance owing to other known lien holders. Use additional page if necessary.

   _____ $ _____
   _____ $ _____
   _____ $ _____

   **TOTAL ALL LIENS**   $ _____
   **DEBTOR'S EQUITY**   $ zero

   **FOR COURT USE ONLY**
   Note date: _____
   Note amount: _____
   Note payment: _____

   **FOR COURT USE ONLY**

6. Monthly payment is $ 3,960.81 , of which $ _____ is for impound account. Monthly late charge is $ _____ .
7. The last payment by debtor was received on 07/03/09 and was applied to the payment due 07/01/09 .
8. Number of payments past due and amount: (a) Pre-petition 0   $ 519.87   (b) Post-petition 6   $ 23,764.86 .
9. Notice of Default was recorded on _____ . Notice of sale was published on _____ .
10. If a chapter 13 case, in what class is this claim? _____
11. Grounds for seeking relief (check as applicable):
    (X) Cause   (X) Inadequate protection   (X) Lack of equity   ( ) Lack of insurance   ( ) Bad faith
    (X) Other Debtor and the Estate have no interest or equity in the Leased Equipment .
12. For each ground checked above furnish a brief supporting statement in the space below.
    Debtor is due for the August, 2009, and subsequent lease payments.
    Debtor and the Estate have no interest or equity in the Leased Equipment.

EDC 3-468 (Rev. 6/8/05)                                                                 EDC-3468