FILED
December 30, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002316884

2.

RAFFI KHATCHADOURIAN (SBN 193165)
EDWARD S. KIM (SBN 249818)
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
Telephone: (818) 501-3800
Facsimile: (818) 501-2985
File No. 3754-20093238-EK

Attorneys for Moving Party/Secured Creditor,
GENERAL ELECTRIC CAPITAL CORPORATION

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## BAKERSFIELD DIVISION

| | |
|---|---|
| In re | Case No. 09-16328-B-11 |
| | Chapter 11 |
| PRIDE TRANSPORTATION, INC., | |
| | R.S. No.: HRH-1 |
| Debtor. | AMENDED NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY |
| | [Pursuant to 9014-1(f)(1)] |

Hearing:
Date:     January 20, 2010
Time:    2:00 P.M.
Judge:   Hon. W. Richard Lee
Address: 1300 18th Street, 1st Floor
            Bakersfield, CA

**TO THE COURT, THE DEBTOR, ITS ATTORNEY OF RECORD, THE CHAPTER 11 TRUSTEE, AND THE UNITED STATES TRUSTEE:**

**PLEASE TAKE NOTICE** that Creditor GENERAL ELECTRIC CAPITAL CORPORATION hereby moves the Court for Relief from the Automatic Stay, as set forth in the Declaration of Maria Robles filed and served therewith. Said Motion was originally set for January 28, 2010, at 9:00 a.m., in Courtroom B, at 2500 Tulare Street, Fresno, California. However, said Motion will now be heard on January 20, 2010, at 2:00 p.m. before the Honorable W. Richard Lee, located at 1300 18th Street, Bakersfield, California.

Said Motion will be made upon the grounds that cause exists for the Relief from Stay in that

1 Debtor has defaulted in its pre- and post-petition payments to Movant and payments, costs and interest
2 continue to accrue, and that the Debtor and the Estate have no equity in the Subject Property.

3 Movant will request that the Relief from Automatic Stay consist of allowing Movant to proceed
4 with its remedies under state law to obtain possession of, and sell, the Subject Property.

5 Said Motion will be based upon this Notice, the Motion, accompanying Declaration of Maria
6 Robles and the Points and Authorities, upon all papers, records and documents, on file herein and upon
7 evidence, oral and documentary, that may be presented at the hearing of the Motion.

8 *<u>Opposition to Motion.</u>  No party in interest shall be required to file written opposition to this*
9 *motion.  Opposition, if any, shall be presented at the hearing on the motion.  If opposition is*
10 *presented, or if there is other good cause, the Court may continue the hearing to permit the filing of*
11 *evidence and briefs.*

12 Dated: December 29, 2009          HEMAR, ROUSSO & HEALD, LLP

14 By: /s/ *Raffi Khatchadourian*
RAFFI KHATCHADOURIAN
15 Attorneys for Movant/Secured Creditor,
GENERAL ELECTRIC CAPITAL CORPORATION