# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Pride Transportation, Inc. | **Case No :** | 09-16328 - B - 11 |
| | | **Date :** | 2/3/10 |
| | | **Time :** | 09:00 |
| **Matter :** | [231] - Motion/Application for Relief from Stay [HRH-1] Filed by Creditor General Electric Capital Corporation (Fee Paid $150) (cwaf) | | UNOPPOSED |
| **Judge :** | W. Richard Lee | | |
| **Courtroom Deputy :** | Vicky McKinney | | |
| **Reporter :** | Karen Griswold | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)    Creditor's Attorney - Raffi Khatchadourian
**Respondent(s) :**
None

HEARING CONTINUED TO: 3/3/10 at 03:00 PM


ORDER TO BE PREPARED BY: Raffi Khatchadourian