# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Pride Transportation, Inc. | **Case No :** | 09−16328 − B − 11 |
| | | **Date :** | 2/3/10 |
| | | **Time :** | 3:00 |

**Matter :**  [56] − Order Re Chapter 11 Status Conference and Notice Thereof as Transmitted to BNC for Service; Status Conference Re: [1] Voluntary Petition to be held on 9/2/2009 at 03:00 PM at Bakersfield Hearing Location (rlif)

**Judge :** W. Richard Lee
**Courtroom Deputy :** Vicky McKinney
**Reporter :** Karen Griswold
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
    Debtor(s) Attorney − Lisa Holder
**Respondent(s) :**
(by phone)  U.S. Trustee's Attorney − Greg Powell

## CIVIL MINUTE ORDER

IT IS ORDERED that this case is to be converted to a Chapter 7.

**Dated:** February 05, 2010

_____
W. Richard Lee
United States Bankruptcy Judge

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Civil Minute Order.

Lisa Holder
4550 California Ave 2nd Fl
Bakersfield, CA 93309


T. Belden
4550 California Ave 2nd Fl
Bakersfield, CA 93309-1172


Pride Transportation, Inc.
PO Box 81507
Bakersfield, CA 93380