UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK

FILED
02/12/10
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

MEMO TO FILE RE: CALENDAR CORRECTION

CASE NO: 09-16328-B-7              DCN # TJS-2

IN RE: Pride Transportation, Inc.  ADV. # _____

**TO WHOM IT MAY CONCERN:**

( ) Attached is a copy of an application/motion/objection submitted for filing without a separate Notice of Hearing with date and time set forth. This application/motion/objection will be calendared <u>ONLY</u> upon receipt of Notice of Hearing with date and time filled in along with a copy of the original application/motion/objection previously filed.

( ) Attached is a copy of an application/motion/objection and Notice of Hearing submitted for filing with incorrect hearing date/time/department/ Docket Control Number. This application/motion/objection will be calendared <u>ONLY</u> upon receipt of Amended Notice of Hearing with the correct hearing date/time/department/Docket Control Number filled in.

(X) Contacted Timothy Silverman 2/8 and 2/10 by telephone.

The following calendar corrections have been made:

( ) Dept. _____          ( ) Time _____

( ) Date _____           ( ) DCN # _____

(X) Other motion to be renoticed for Judge Lee's chapter 7 relief from stay calendar in Bakersfield.

Filing party will file amended notice to reflect above changes.

DATED: 2/12/10       FOR THE COURT
                     RICHARD G. HELTZEL, CLERK
                     U.S. BANKRUPTCY COURT

                     BY: _____
                              Deputy Clerk

EDC 4-453 (Rev. 12/30/02)

3/9