
FILED
March 05, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002462666

**3**

Timothy J. Silverman, Esq. [SBN 145264]
SOLOMON, GRINDLE, SILVERMAN & WINTRINGER
A Professional Corporation
12651 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-8500
Facsimile: (858) 793-8263

Attorneys for Secured Creditor/Moving Party
JP MORGAN CHASE BANK, N.A.
successor by merger to BANK ONE, N.A.

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA - BAKERSFIELD DIVISION

| | |
|---|---|
| In re:<br><br>    PRIDE TRANSPORTATION, INC.,<br><br>           Debtor.<br>_____<br><br>JP MORGAN CHASE BANK, N.A. successor by merger to BANK ONE, N.A.,<br><br>           Movant,<br>-vs-<br><br>PRIDE TRANSPORTATION, INC.; JEFFREY M. VETTER, Chapter 7 Trustee,<br><br>           Respondents.<br>_____ | Case No: 09-16328<br><br>DC No. TJS-2<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: March 4, 2010<br>Time: 11:00 a.m.<br>Dept: B<br><br>*The Courtroom of the Honorable W. Richard Lee* |

### CERTIFICATE OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 12651 High Bluff Drive, Suite 300, San Diego, California, 92130.

///

| | |
|---|---|
| 1 | On March 5, 2010, I served the documents described **ORDER DENYING MOTION** |
| 2 | **FOR RELIEF FROM AUTOMATIC STAY** on the interested parties in this action by placing |
| 3 | a true and correct copy thereof enclosed in a sealed envelope addressed as follows: |
| 4 | SEE ATTACHED LIST |

/X/ (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business.

/ / (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

/ / (VIA FEDERAL EXPRESS) I caused such envelope to be placed in the Federal Express depository at San Diego, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with Federal Express on that same day at San Diego, California in the ordinary course of business.

/ / (VIA FACSIMILE TRANSMISSION) I caused such document to be sent via facsimile transmission on this date during regular business hours to the addressee(s) as shown above.

/ / (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/X/ (Federal) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 5, 2010, at San Diego, California.

/s/ Kristina Shultz
Kristina Shultz

# MAILING LIST

**Debtor**
Pride Transportation, Inc.,
PO Box 81507
Bakersfield, CA 93380

James Kilgore
7113 Cooper Creek Way
Bakersfield, Kern, CA 93308

**Attorneys for Debtor**
T. Scott Belden, Esq.,
4550 California Ave 2nd Fl
Bakersfield, CA 93309-1172

**Lisa Holder**
4550 California Ave 2nd Fl
Bakersfield, CA 93309

Chapter 7 Trustee

Jeffrey M. Vetter
PO Box 2424
Bakersfield, CA 93303

**United States Trustee**
2500 Tulare Street, Room 1404 /1401
Fresno, CA 93721