2009-16328
FILED
March 05, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002462665

*NOTE: THIS FORM IS FOR USE ONLY IN MOTIONS HEARD BY JUDGE W. RICH[ARD LEE]*
*IT IS TO BE USED WHERE RELIEF IS DENIED OR THE STAY IS TERMINATED O[R ...]*
*A DIFFERENT FORM MUST BE USED FOR ADEQUATE PROTECTION OR[DERS ...]*

| | |
|---|---|
| Name, Address, Telephone of Attorney for Movant<br>TIMOTHY J. SILVERMAN, ESQ. [SBN. 145264]<br>SOLOMON, GRINDLE, SILVERMAN & WINTRINGER, APC<br>12651 HIGH BLUFF DRIVE, SUITE 300<br>SAN DIEGO, CA 92130<br><br>TEL: [858] 793-8500<br>FAX: [858] 793-8263<br><br>Attorney(s) for Secured Creditor | FOR COURT USE ONLY |
| **UNITED STATES BANKRUPTCY COURT**<br>**EASTERN DISTRICT OF CALIFORNIA** | |
| In re<br><br>PRIDE TRANSPORTATION, INC.,<br><br><br><br>Debtor(s). | CASE NUMBER: 09-1628-WRL<br><br>MOTION CONTROL NUMBER: TJS-002 |
| JP MORGAN CHASE BANK, N.A.,<br><br>Movant(s),<br><br>v.<br><br>PRIDE TRANSPORTATION, INC., ; JEFFREY M. VETTER, Chapter 7 Trustee,<br><br>Respondent(s). | HEARING DATE: March 4, 2010<br><br>TIME: 11:00 a.m.<br><br>JUDGE: W. Richard Lee<br><br>**ORDER DENYING MOTION FOR**<br><br>**RELIEF FROM AUTOMATIC STAY** |

```
     A motion for relief from the stay of 11 U.S.C. §362(a) having been
  ¹[XX] heard at the above referenced time with appearances as noted in
the court minutes,
  ²[  ] resolved without oral argument, no opposition having been filed
and cause for relief having been shown,
  ³[  ] presented ex parte pursuant to prior court order,

    IT IS ORDERED,
  ⁴[XX] upon review of the evidence presented,
  ⁵[  ] pursuant to stipulation of the parties,
            [One of the above must be checked.]
```

**PLEASE DO NOT ENTER TEXT ABOVE THIS LINE**

RECEIVED
March 05, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002462665

[re]vised 03/06/01) Order on Motion for Relief from the Automatic Stay

⁶[XX] that the motion is denied [ ] with [XX] without prejudice.
⁷[ ] that the debtor(s) is/are dismissed from the motion, their discharge having been entered in this case.

⁸[ ] that the automatic stay is [ ] terminated [ ] annulled
    ⁹[ ] upon the signing of this order
    ¹⁰[ ] as of _____

as to the interest of ¹¹[XX] the debtor(s) and ¹²[XX] the trustee as to the movant's interest in the property described
    ¹³[ ] on Exhibit A attached hereto.
    ¹⁴[XX] below:  2003 GMC Sierra 3500, VIN 1GTJC39113E101788.



IT IS FURTHER ORDERED:

¹⁵[ ] Movant may pursue all available state law remedies to obtain possession of the subject property.

¹⁶[ ] Relief from the stay is subject to the right of any party in interest to request by motion reinstatement of the stay.

¹⁷[ ] The fourteen-day stay provided by FRBP 4001(a)(3) is waived for cause.

¹⁸[ ] Other:


Dated: March 05, 2010

_____
W. Richard Lee
United States Bankruptcy Judge

EDC Form 3-201(Revised 03/06/01) Order on Motion for Relief from the Automatic Stay