2009-16328
FILED
March 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002460353

**2.**

1 RAFFI KHATCHADOURIAN (SBN 193165)
EDWARD S. KIM (SBN 249818)
2 **HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
3 Encino, California 91436
Telephone: (818) 501-3800
4 Facsimile: (818) 501-2985
File No. 3754-20093238-EK
5

Attorneys for Moving Party/Secured Creditor,
6 GENERAL ELECTRIC CAPITAL CORPORATION

7                    **UNITED STATES BANKRUPTCY COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9                    **BAKERSFIELD DIVISION**

10 In re                                    ) Case No. 09-16328-B-~~11~~ 7
                                            )
11                                          ) Chapter 11
   PRIDE TRANSPORTATION, INC.,              )
12                                          ) R.S. No.: HRH-1
                                            )
13            Debtors.                      ) ORDER GRANTING MOTION FOR
                                            ) RELIEF FROM STAY [PERSONAL
14                                          ) PROPERTY]
                                            )
15 _____     )

                                           [Pursuant to 9014-1(f)(1)]
16
                                           Hearing:
17                                         Date:    January 20, 2010
                                           Time:    2:00 P.M.
18                                         Judge:   Hon. W. Richard Lee
                                           Address: 1300 18th Street, 1st Floor
19                                                   Bakersfield, CA

20                                         Hearing:
                                           Date:    March 4, 2010
21                                         Time:    10:00 A.M.
                                           Judge:   Hon. W. Richard Lee
22                                         Address: 1300 18th Street, 1st Floor
                                                    Bakersfield, CA
23
                                           Subject Property: Eight 2006 Vanguard Dry
24                                                            Van Trailers, Serial
                                                             Numbers:
25                                                           5V8VA53236M604458
                                                             5V8VA53236M604459
26                                                           5V8VA53236M604460
                                                             5V8VA53236M604461
27                                                           5V8VA53236M604462
                                                             5V8VA53236M604463
28                                                           5V8VA53236M604464
                                                             5V8VA53236M604468

RECEIVED
March 04, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002460353

|    |
|----|
| 1  |       The Motion of GENERAL ELECTRIC CAPITAL CORPORATION for Relief From the |
| 2  | Automatic Stay having been filed pursuant to LBR 4001-1, came regularly before the Honorable W. |
| 3  | Richard Lee, Bankruptcy Judge, on March 4, 2010, at 10:00 A.M. in the above-entitled Court. |
| 4  |       Based on the documents on file in this case, and good cause appearing therefore, it is |
| 5  | ORDERED, ADJUDGED AND DECREED that: |
| 6  |       The automatic stay pursuant to 11 U.S.C. § 362(d)(2) is terminated effective immediately, to |
| 7  | permit GENERAL ELECTRIC CAPITAL CORPORATION and any agents, successors-in-interest |
| 8  | and assignees to exercise any and all rights under the subject lease agreement, ~~including but not~~ |

under applicable nonbankruptcy law

|    |
|----|
| 9  | ~~limited to its foreclosure remedies~~ against the Debtor and Trustee of the following property: |

|    |
|----|
| 10 |         2006 Vanguard Dry Van Trailer, Serial Number 5V8VA53236M604458 |
|    |         2006 Vanguard Dry Van Trailer, Serial Number 5V8VA53236M604459 |
| 11 |         2006 Vanguard Dry Van Trailer, Serial Number 5V8VA53236M604460 |
|    |         2006 Vanguard Dry Van Trailer, Serial Number 5V8VA53236M604461 |
| 12 |         2006 Vanguard Dry Van Trailer, Serial Number 5V8VA53236M604462 |
|    |         2006 Vanguard Dry Van Trailer, Serial Number 5V8VA53236M604463 |
| 13 |         2006 Vanguard Dry Van Trailer, Serial Number 5V8VA53236M604464 |
|    |         2006 Vanguard Dry Van Trailer, Serial Number 5V8VA53236M604468; |
| 14 |   |
|    |       Attorney's fees and costs are denied; and |
| 15 |   |
|    |       The 14-day stay of Fed. R. Bankr. P. 4001(a)(3) is waived. |
| 16 |   |
| 17 |   |
|    | Presented by: |
| 18 |   |
|    | HEMAR, ROUSSO & HEALD, LLP |
| 19 | *Raffi Khatchadourian* |
| 20 | _____ |
|    | RAFFI KHATCHADOURIAN |
| 21 | Attorneys for Movant |
| 22 |   |
| 23 | **Dated:** March 12, 2010 |
| 24 |   |
| 25 |   |
| 26 | _____ |
|    | **W. Richard Lee** |
| 27 | **United States Bankruptcy Judge** |
| 28 |   |