FILED
March 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002505882

**3**

1  Leib M. Lerner (CA Bar No. 227323)
2  **ALSTON & BIRD LLP**
   333 South Hope Street, 16th Floor
3  Los Angeles, CA 90071
   Telephone: (213) 576-1000
4  Facsimile: (213) 576-1100
   Email: leib.lerner@alston.com
5
   Attorney for Key Equipment Finance Inc.
6

7              **UNITED STATES BANKRUPTCY COURT**

8              **EASTERN DISTRICT OF CALIFORNIA**

9                      **FRESNO DIVISION**

| | |
|---|---|
| In re | Case No. 09-16328 |
| PRIDE TRANSPORTATION, INC., | Chapter 11 |
| Debtor. | DC No. LML-2 |
| KEY EQUIPMENT FINANCE INC., | |
| Movant, | [No Hearing Requested] |
| v. | |
| PRIDE TRANSPORTATION, INC., | Honorable W. Richard Lee |
| Respondent. | |

**PROOF OF SERVICE OF**
**1) STIPULATION MODIFYING THE AUTOMATIC STAY PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE, AND**
**(2) ORDER APPROVING STIPULATION MODIFYING THE AUTOMATIC STAY PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is c/o Alston & Bird, LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, California 90071.

On March 23, 2010, I served the document(s) described as **(1) STIPULATION MODIFYING THE AUTOMATIC STAY PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE, AND (2) ORDER APPROVING STIPULATION MODIFYING**

**THE AUTOMATIC STAY PURSUANT TO SECTION 362 OF THE BANKRUPTCY**

**CODE** on the interested parties listed on the attached service list as follows:

☒ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Alston & Bird LLP, 333 South Hope Street, Los Angeles, California 90071.

☐ VIA EMAIL: I sent a copy of said document(s) to the email addresses listed above.

☐ BY FACSIMILE: I telecopied a copy of said document(s) to the facsimile number(s) listed above.

☒ [Federal] I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on March 23, 2010, at Los Angeles, California.

_____
Melanie Mizrahie


## SERVICE LIST

**Debtor**
Pride Transportation, Inc.
PO Box 81507
Bakersfield, CA 93380

**Trustee**
Jeffrey M. Vetter
PO Box 2424
Bakersfield, CA 93303

**Office of the U.S. Trustee**
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

**Attorney for Trustee**
Patrick Kavanagh
1331 L St
Bakersfield, CA 93301

B of A Platinum
Attn: Officer
Platinum Visa Business
Wilmington, DE 19886

**Attorney for Debtor**
Lisa Holder
T. Scott Belden
4550 California Ave 2nd Fl
Bakersfield, CA 93309

Bank of Sierra
Attn: Officer
86 North Main Street
Porterville, CA 93257

American Express
Attn: Officer
Box 0001
Los Angeles, CA 90096

| | |
|---|---|
| 1 | |
| 2 | EM Tharp, Inc.<br>15243 Rd. 192 | Bank of America<br>Attn: Officer |
| 3 | Porterville, CA 93257 | P.O. Box 538610<br>Atlanta, GA 30353 |
| 4 | | |
| 5 | Irwin Commercial Finance<br>P.O. Box 6214 | Citi Cards<br>Attn: Officer<br>P.O. Box 6415 |
| 6 | Indianapolis, IN 46206 | The Lakes, NV 88901 |
| 7 | Michelin Cardmember<br>Attn: Officer | Internal Revenue Service<br>c/o United States Attorney |
| 8 | P.O. Box 94014<br>Palatine, IL 60094 | 2500 Tulare Street, Room 4401<br>Fresno, CA 93721 |
| 9 | | |
| 10 | TCI Tire Center<br>3451 Unicorn Rd.<br>Bakersfield, CA 93308 | Larry Vanderhoff Trucking<br>11609 Sheriac<br>Wichita, KS 67206 |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |