2009-16328
FILED
March 24, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002505987

2

Leib M. Lerner (CA Bar No. 227323)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: leib.lerner@alston.com

Attorney for Key Equipment Finance Inc.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| In re | Case No. 09-16328 |
| PRIDE TRANSPORTATION, INC., | Chapter 11 |
| Debtor. | DC No. LML-2 |
| KEY EQUIPMENT FINANCE INC., | |
| Movant, | [No Hearing requested] |
| v. | |
| PRIDE TRANSPORTATION, INC., | Honorable W. Richard Lee |
| Respondent. | |

## ORDER APPROVING STIPULATION MODIFYING THE AUTOMATIC STAY PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE

The Court has reviewed the Stipulation Modifying the Automatic Stay Pursuant to Section 362 of the Bankruptcy Code (the "Stipulation") by and between KEY EQUIPMENT FINANCE INC. ("KEF") and JEFFREY M. VETTER (the "Trustee").

// and the prior stipulation signed by the debtor and filed on January 10, 2010.
//
//

RECEIVED
March 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002505987

Based upon the Stipulation and the record in this matter, and good cause appearing therefor, IT IS HEREBY ORDERED THAT the Stipulation is APPROVED in its entirety.

**IT IS SO ORDERED**

Dated: March 24, 2010

W. Richard Lee
United States Bankruptcy Judge