2009-16328
FILED
April 02, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002520586

LAW OFFICES
**GRAHAM • VAAGE LLP**
500 NORTH BRAND BOULEVARD
SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800  FAX: (818) 547-3100

**Susan L. Vaage, SBN 83125**
**Miguel A. Ortiz, SBN 245137**

Attorneys for Creditor LEAF Funding, Inc.

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

In re

PRIDE TRANSPORTATION INC.

Debtor.

CASE NO.  09-16328-B-7

Chapter 7

R.S. No. MAO-1

**ORDER GRANTING MOTION FOR RELIEF FROM STAY [PERSONAL PROPERTY] PURSUANT TO STIPULATION**

    The Court has reviewed the Stipulation by and Between the Debtor, the Jeffrey M. Vetter ("Trustee") and Creditor Leaf Funding Inc., Terminating the Automatic Stay.

    Based upon the Stipulation and the record in this matter, and good cause appearing therefore, IT IS HEREBY ORDER THAT:

    The automatic stay pursuant to 11 U.S.C. § 362(d)(2) is terminated effective immediately, to permit LEAF FUNDING INC. and any of its agents, successors-in-interest and assignees to exercise any and all rights under the subject loans under applicable non-bankruptcy law against the Debtor and the Trustee of the following property:

    a.    2007 Vanguard Van Vin No.: 5V8VA53247M702710

RECEIVED
March 29, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002520586

GRAHAM VAAGE & CISNEROS
500 NORTH BRAND BOULEVARD, SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800 FAX: (818) 547-3100

b.  2007 Vanguard Van Vin No.: 5V8VA53217M701059

c.  2007 Vanguard Van Vin No.: 5V8VA532X7M701061

d.  2007 Vanguard Van Vin No.: 5V8VA53287M702709

e.  2007 Vanguard Van Vin No.: 5V8VA53267M702708

f.  2007 Vanguard Van Vin No.: 5V8VA53237M702715

g.  2007 Vanguard Van Vin No.: 5V8VA53257M702716

h.  2007 Vanguard Van Vin No.: 5V8VA53287M701060

i.  2007 Vanguard Van Vin No.: 5V8VA53287M702712

j.  2007 Vanguard Van Vin No.: 5V8VA53267N702711

k.  2007 Vanguard Flatbed Trailer Vin No.: 1RNF48A247R018757

l.  2007 Vanguard Flatbed Trailer Vin No.: 1RNF48A247R018758

m.  2007 Vanguard Flatbed Trailer Vin No.: 1RNF48A2X7R018893

n.  2007 Vanguard Flatbed Trailer Vin No.: 1RNF48A217R018894

o.  2007 Vanguard Flatbed Trailer Vin No.: 1RNF48A217R018895

The fourteen (14) day stay of Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived.

Dated: April 02, 2010

*W. Richard Lee*
W. Richard Lee
United States Bankruptcy Judge